WILCOX TRUCKING, INC. *v.* LESLIE AND ELLIOTT COMPANY ET AL.
(10955)

DALY, LANDAU and HEIMAN, Js.

Argued June 15—decision released July 7, 1992

*John K. Harris, Jr.,* for the appellants (defendants).

*Morton N. Katz,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.